UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-01324-FWS (ADSx) | Date | January 27, 2023 |
|---|---|---|---|
| Title | Sharllen Om Lee et al v. Merrick Garland et al | | |

Present: The Honorable   FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

   The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [15], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

   All pending Orders to Show Cause are hereby discharged.

                                                                                      -   :   -

                                            Initials of Deputy Clerk   mku